TOM WATTS v. STATE.

No. A-520.  Opinion Filed March 21, 1911.

Appeal from Grady County Court; N. M. Williams, Judge.

Appellant was convicted in the county court of Grady county on a charge of violating the prohibitory law, and appeals. Appeal dismissed.

Garrett & Mathews, for appellant.
Smith C. Matson, Asst. Atty. Gen., for appellee.

PER CURIAM. This is an appeal by case-made from the county court of Grady county. The case-made was not served within the

time allowed by the court, and not filed in the county court, and not filed in this court in the time allowed by law. The appeal will therefore be dismissed.